**FILED**

CLERK, U.S. DISTRICT COURT

01/15/2025

CENTRAL DISTRICT OF CALIFORNIA

BY: _____ GSA _____ DEPUTY

Heidi Rummel
CA Bar No. 183331
699 Exposition Blvd
Los Angeles, CA 90089
Telephone: (213) 740-2865
Facsimile: (213) 740-5502
hrummel@law.usc.edu
*Attorney for Plaintiff, Relator*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*. [UNDER SEAL],<br><br>Plaintiff, Relator,<br><br>vs.<br><br>[UNDER SEAL],<br><br>Defendants. | No. LACV 2:24-cv-02126 RGK<br><br>NOTICE OF VOLUNTARY DISMISSAL |

**[FILED UNDER SEAL
PURSUANT TO THE FALSE CLAIMS ACT
31 U.S.C. § 3730(b)(2) AND (3)]**

1  Heidi Rummel
   CA Bar No. 183331
2  699 Exposition Blvd
   Los Angeles, CA 90089
3  Telephone: (213) 740-2865
   Facsimile: (213) 740-5502
4  hrummel@law.usc.edu
   *Attorney for Plaintiff, Relator*

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

WESTERN DIVISION

12

13  UNITED STATES OF AMERICA,          No. LACV 2:24-cv-02126 RGK
    *ex rel.* AIDAN FORSYTH,
14                                      NOTICE OF VOLUNTARY
            Plaintiff, Relator,         DISMISSAL
15
                                        **[FILED UNDER SEAL PURSUANT
16       vs.                            TO THE FALSE CLAIMS ACT 31
                                        U.S.C. § 3730(b)(2) AND (3)]**
    ROLLINS-NELSON GROUP, LLC, *et al.*
17         Defendants.

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff/Relator Aidan

2  Forsyth hereby requests entry of an order dismissing this False Claims Act *qui tam*

3  action.  Dismissal would be with prejudice as to the rights of the Plaintiff/Relator and

4  without prejudice as to the rights of the United States.  Pursuant to 31 U.S.C. §

5  3730(b)(1), dismissal of a *qui tam* action requires the consent of both the Attorney

6  General of the United States and this Court.  Thus, Plaintiff/Relator hereby requests

7  that the Court give the United States a reasonable time to file a separate notice with

8  the Court, indicating whether the United States consents to dismissal.

9    No party hereto is an infant or incompetent.  A proposed Order is submitted

10  herewith.

11

12  DATE:   January 15, 2025                    Respectfully submitted,

13

14  _____
     Heidi Rummel

15                                              CA Bar No. 183331
                                                699 Exposition Blvd.

16                                              Los Angeles, CA 90089
                                                Telephone: (213) 740-2865

17                                              Facsimile: (213) 740-5502

18                                              hrummel@law.usc.edu
                                                *Attorney for Relator*

19

20

21

22

23

24

25

26

27

28

- 2 -

NOTICE OF VOLUNTARY DISMISSAL

SHN\883702.1